IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Travis Holley, | ) | C/A No.: 0:24-cv-02807-JDA-JDA |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | RULE 26(f) REPORT |
| | ) | |
| Winthrop University, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

[Signature Page Attached]

WE CONSENT:

s/Ryan McKaig
Ryan McKaig
McKaig Law Firm LLC
2362 Parsonage Rd. 8F
Charleston, SC 29414
(919) 215-3613
ryan@mckaiglaw.com
Fed Bar No: 13160
ATTORNEYS FOR PLAINTIFF

s/W. Keith Martens
W. Keith Martens (Fed. I.D. 6581)
HAMILTON MARTENS, LLC
P.O. Box 10940
Rock Hill, South Carolina 29731
(803) 329-7672
keith.martens@hamiltonmartens.com
ATTORNEYS FOR DEFENDANTS

February 27, 2025